1 | TODD C. TORAL (State Bar No. 197706)
  | ERIN M. ADRIAN (State Bar No. 228718)
2 | NIXON PEABODY LLP
  | One Embarcadero Center, 18th Floor
3 | San Francisco, CA 94111
  | Telephone:  (415) 984-8200
4 | Facsimile:   (415) 984-8300

\*\*E-Filed 6/16/09\*\*

Attorneys for Plaintiff
ALPHALINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ALPHALINE, INC., a British Virgin Islands Company, | Case No.  C 09 00224 JF(hrl) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ALPHALINE, INC.** |
| EFRIENDSNET ENTERTAINMENT CORP., a Cayman Islands Company, and MEETIC S.A., a French Company, | |
| Defendants. | **DATE: June 12, 2009**<br>**TIME: 9:00 a.m.**<br>**DEPT: 3** |

(Note: [PROPOSED] is shown with strikethrough in the heading.)

The motion of Nixon Peabody LLP, by and through attorneys Todd C. Toral and Erin M. Adrian, to withdraw as counsel for Plaintiff Alphaline, Inc. ("Alphaline") in the above-captioned matter came on regularly for hearing on June 12, 2009, at 9:00 a.m., the Honorable Jeremy Fogel presiding.

Having considered the papers submitted by counsel, and good cause appearing, the Court hereby ORDERS that the motion is GRANTED.

It is ORDERED that Nixon Peabody LLP, including, without limitation, attorneys Todd C. Toral and Erin M. Adrian, may withdraw from the representation of Plaintiff Alphaline, Inc. and the Clerk of the Court shall enter the withdrawal of Nixon Peabody, Mr. Toral, and Ms. Adrian as counsel for Plaintiff in the record.

It is further ORDERED that all hearings and deadlines currently scheduled shall be continued for sixty days to allow Alphaline to retain new counsel.

IT IS SO ORDERED.

DATED: 6/16/09

_____
Hon. Jeremy Fogel
United States District Court Judge

-2-

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**
**CASE NO. C 09 00224 JF (HRL)**

12543080.1